UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-62371-KMW

KAYE WILLE, on her own and on behalf
of all other individuals similarly situated,

       Plaintiff,

v.

NEGOTIATION TECHNOLOGIES, LLC
dba PITBULLTAX INSTITUTE,

       Defendant.

_____/

## DECLARATION OF IRINA N BOBROVA
## IN SUPPORT OF MOTION TO DISMISS

I, Irina N Bobrova, declare as follows:

1.     I am over 18 years of age and I am the Chief Operating Officer for Negotiation Technologies, LLC dba PitBullTax Institute ("PTI"). I have been employed by PTI since May 10, 2010.

2.     This Declaration is based upon facts of which I have personal knowledge.

3.     As part of the registration and purchase of PTI's software license in place in 2014 (and any other time since inception of the software to present day), customers were required to navigate through a series of registration prompts and web pages where they would provide information, create login information and password, and agree to the Software License Agreement ("Agreement") prior to gaining access to their license of PTI's software.

4.     A true and correct copy of the Agreement in effect in 2014 is attached hereto as Exhibit 1. Only those individuals who clicked "Accept" (license agreement)

# EXHIBIT "A"

during the registration process and, therefore, accepted and agreed to be bound by

the Agreement can purchase and use a license to PTI's software.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of December, 2019, in Broward County, Florida.

_____

Irina N Bobrova

# Software License Agreement

Thank you for selecting the services described below (**"Services"**) which are offered by Negotiation Technologies, LLC and/or its subsidiaries (hereinafter referred to as "**PitBullTax,**" "we," "our," or "us") on this Website through use of our software (**"Software"**). Please review this Software License Agreement ("**Agreement**") thoroughly. This Agreement is a legal agreement between you and PitBullTax. By clicking "**I AGREE,"** indicating acceptance electronically, accessing or using the Services, you agree to the terms of this Agreement.  Further, you agree to abide by the Terms and Conditions and Privacy Policy of any website associated with the Software (**"Website"**) which are posted on the Website.  If you do not agree to this Agreement, then do not indicate acceptance of the Agreement, and do not use the Services.

## ARTICLE 1
## AGREEMENT

**1.1**   This Agreement describes the terms governing your use of the PitBullTax online services provided to you on this website, including content, updates and new releases, (collectively, the "**Services**"). It includes by reference:

>    **1.1.1**   PitBullTax's Privacy Policy available on this website or provided to you in the documentation for the PitBullTax services you have selected.

>    **1.1.2**   Additional Terms and Conditions for the Services that you have selected, including from third parties.

>    **1.1.3**   Any terms provided separately to you for the Services, including for example, web or email product or program terms, ordering, activation,     pricing and payment terms, if applicable, for the Services.

## ARTICLE 2
## LICENSE GRANT AND RESTRICTIONS

**2.1**   The Services are protected by copyright, trade secret, and other intellectual property laws. You are only granted the right to use the Website for the Services, and PitBullTax reserves all rights of ownership in the Website not expressly granted to you.

>    **2.1.1**   The license rights granted herein are limited to PitBullTax's intellectual property rights and do not include any other intellectual property rights. You own the media on which the Software may be accessed but PitBullTax retains ownership of the Software itself. The rights granted under the terms of this Agreement include any software upgrades that replace and/or supplement the original Software, unless such upgrade contains a separate license.

>    **2.1.2**   Title and intellectual property rights in and to any content displayed by or accessed through the Software and Website belongs to the respective content owner. Such content may be protected by copyright or other intellectual property laws and treaties, and may be subject to terms of use of the third party providing such content. This Agreement does not grant you any rights to use such content.

>    **2.1.3**   As long as you meet any applicable payment obligations and comply with this Agreement, PitBullTax grants to you a personal, limited, nonexclusive, nontransferable license to use the Software for the Services that is valid only for the period of use provided in the ordering and activation terms. In addition, your right to use the Services is only for the purposes described by PitBullTax on the Website.

**2.2**   The Software may be used to reproduce materials. It is licensed to you only for reproduction of non-copyrighted materials, materials in which you own the copyright, or materials you are

EXHIBIT "1"

authorized or legally permitted to reproduce. If you are uncertain about your right to copy any material, you should contact your legal advisor.

**2.3** You agree not to use the Services or content on this website in a manner that violates any applicable law, regulation or this Agreement. For example, unless authorized by PitBullTax in writing, you agree you will not:

**2.3.1** Provide access to or give any part of the Services to any third party.

**2.3.2** Modify, disrupt or interfere with the Software, supporting servers, or networks either manually or through the use of scripts, computer virus, malware, adware, spyware, Trojan horse, worms or other harmful component of reproductive or non-reproductive nature.

**2.3.3** Except as and only to the extent expressly permitted in this Agreement or by applicable law, you may not copy, decompile, reverse engineer, disassemble, modify, sell, trade or resell the Software.

**2.3.4** Attempt to access any other PitBullTax systems that are not part of the Services.

**2.3.5** Excessively overload the PitBullTax systems used to provide the Services.

At any time, if we believe you have breached any of the terms of this Agreement, we may restrict, suspend or terminate your access to the Website and/or your ability to avail of any of the services on the Website, including interactive services, without prejudice to any rights which we may have against you in respect of your breach of this Agreement. In the event of restriction, suspension or termination, PitBullTax shall have no further obligations with respect to this Agreement.

## ARTICLE 3
## PRICING & PAYMENT

PitBullTax will charge you a licensing fee in order to provide access to the Website ("License Fee"). The License Fee, when paid, is non-refundable and accrues on the first day of each term or successive renewal term until canceled, regardless of whether or not you actually use the Services or Website. The price for your use of the Services is established at the time you pay for it. Notwithstanding the language in this paragraph, if a License resulted from a special introductory promotional offer, then the terms of that specific promotional offer shall control.

Various Services and/or Content on the Website, whether offered by PitBullTax, affiliates or third-party service or data providers or others, may require additional fees or charges. This Agreement also incorporates by reference and includes program ordering and payment terms provided to you on the Website for the Services: For Services offered on a payment or subscription basis, the following terms apply, unless PitBullTax notifies you otherwise in writing.

**3.1** Payments will be billed to you in U.S. dollars, and you will be charged when you subscribe and provide your payment information, unless stated otherwise in the program ordering or payment terms on the website for the Services.

**3.2** You must pay with one of the following:

**3.2.1** A valid credit card acceptable to PitBullTax;

**3.2.2** A valid debit card acceptable to PitBullTax; or

**3.2.3** By another payment option PitBullTax provides to you in writing.

**3.3** If your payment and registration information is not accurate, current, and complete and you do not notify us promptly when such information changes, we may suspend or terminate your account and refuse any use of the Services. If your license expires and you wish to renew it and have full access to the data entered in the previously purchased license PitBullTax reserves the right to

www.pitbulltax.com/license.html&show=plain

charge a reinstatement fee to provide such access. A reinstatement fee is applicable if more than 5 calendar days passed between the license expiration and the license renewal.

**3.4  PITBULLTAX WILL CHARGE YOU A LICENSE FEE IN ORDER TO PROVIDE ACCESS TO THE WEBSITE.  YOU ACKNOWLEDGE THAT PITBULLTAX RESERVES THE RIGHT, AT ANY TIME TO MODIFY ITS LICENSE FEE AND BILLING METHODS.  PITBULLTAX WILL AUTOMATICALLY RENEW YOUR MONTHLY OR ANNUAL SERVICES ("LICENSE TERM") AT THE CURRENT RATE AT TIME OF RENEWAL, USING THE CREDIT CARD INFORMATION ON FILE WITH US, UNLESS THE SERVICES ARE CANCELLED OR TERMINATED BY EITHER PARTY.  WRITTEN OR ELECTRONIC NOTIFICATION OF AUTOMATIC RENEWAL OF ANNUAL LICENSES SHALL BE PROVIDED NO LESS THAN 31 DAYS PRIOR TO EXPIRATION OF YOUR LICENSE TERM. NO WRITTEN OR ELECTRONIC NOTIFICATION IS PROVIDED ON AUTOMATIC RENEWALS FOR MONTHLY PAID SERVICE PLANS.**

**3.5**  Additional cancellation or renewal terms may be provided to you on the Website for the Services.

## ARTICLE 4
## LIMITED PROMOTIONAL ACCESS

**4.1**  Any Limited Promotional Access shall commence as of the date on which the Limited Promotional Access trial request has been received and approved by PitBullTax and, unless terminated earlier in accordance with this Agreement or extended agreement of the parties, shall automatically terminate at 11:59 p.m. on the thirtieth (30th) day of the Limited Promotional Access.

## ARTICLE 5
## YOUR PRIVACY AND PERSONAL INFORMATION

**5.1**  You can view PitBullTax's Privacy Statement on the website, or via a link on the website for the Services you have selected. You agree to be bound by the applicable PitBullTax Privacy Statement, subject to change in accordance with its terms.

## ARTICLE 6
## CONTENT

**6.1**  You are legally responsible for all information, data, text, messages or other materials ("**Content**") uploaded, posted or stored through your use of the Services. You grant PitBullTax a worldwide, royalty-free, non-exclusive license to host and use the Content in order to provide you with the Services. You agree not use the Services for any illegal purpose or in violation of any applicable local, state, federal or international law. You are encouraged to archive your Content regularly and frequently. You are responsible for any Content that may be lost or unrecoverable through your use of the Services.  You agree that you will not use the Services to share, store, or in any way distribute financial data that is not in accordance with the law. Any users suspected of having information which involves fraud, embezzlement, money laundering, insider trading, support for terrorism, or any other activity proscribed by law may have their accounts terminated, their financial data erased, and they also may be reported to law enforcement officials in the appropriate jurisdictions. PitBullTax is not responsible for the Content or data you submit on the Website.

**6.2**  You agree not to use the Services to upload, post, distribute, link to, publish, reproduce, engage in or transmit any of the following, including but not limited to:

**6.2.1**  Illegal, fraudulent, libelous, defamatory, obscene, pornographic, profane, threatening, abusive, hateful, harassing, offensive, inappropriate or objectionable information or communications of any kind, including without limitation conduct that would encourage or constitute an attack or "inflaming" others, or criminal or civil liability under any local, state, federal or foreign law;

**6.2.2**  Content or data that would impersonate someone else or falsely represent your identity or qualifications, or that constitutes a breach of any individual's privacy, including posting images about children or any third party without their consent (or a parent's consent in the case of a minor);

**6.2.3**  Except as otherwise expressly permitted by PitBullTax, advertisements, solicitations, investment opportunities, chain letters, pyramid schemes, other unsolicited commercial communication or engage in spamming or flooding;

**6.2.4**  Computer virus, malware, adware, spyware, Trojan horse or worms or other harmful component of reproductive or non-reproductive nature

**6.2.5**  Any information, software or Content which is not legally yours and may be protected by copyright or other proprietary right, or derivative works, without permission from the copyright owner or intellectual property rights owner.

**6.3**  The Services may include community forums and blogs to exchange information with other users of the Services and the public. Please use respect when you interact with other users. PitBullTax does not support and is not responsible for the accuracy of others' content in these community forums and blogs. Do not reveal information in the community forums or blogs that you do not want to make public. Users may post hypertext links or paths or web addresses to content hosted and maintained by third parties for which PitBullTax is not responsible.

**6.4**  You agree that PitBullTax may use your feedback, suggestions, or ideas in any way, including in future modifications of the Services, other products or services, advertising or marketing materials. You grant PitBullTax a perpetual, worldwide, fully transferable, sub-licensable, non-revocable, fully paid-up, royalty free license to use the feedback you provide to PitBullTax in any way.

**6.5**  PitBullTax may, but has no obligation to, monitor content on the Website or input in connection with use of the Services. We may disclose any information necessary or appropriate to satisfy our legal obligations, protect PitBullTax or its customers, or operate the Services properly. PitBullTax, in its sole discretion, may refuse to post, remove, or refuse to remove, any Content, in whole or in part, alleged to be unacceptable, undesirable, inappropriate, or in violation of this Agreement.

# ARTICLE 7
## ADDITIONAL TERMS AND CONDITIONS

**7.1**  PitBullTax is not in the business of providing legal, financial, accounting, or other professional services or advice.  Consult the services of a competent professional when you need this type of assistance.

**7.2**  When using the Services you may be offered other services, features, products, applications, online communities, or promotions provided by PitBullTax ("**Additional PitBullTax Services**"). If you decide to use any of the PitBullTax Services, additional terms and conditions and separate fees may apply.

**7.3**  You may be offered products or services by third parties who are not affiliated with PitBullTax ("**Third Party Products**") or the Services may contain links to third party websites ("**Third Party Sites**"). If you decide to use any Third Party Products or access any Third Party Sites, you are responsible for reviewing the third party's separate service terms, website terms and conditions and privacy policies. You agree that the third parties, and not PitBullTax, are responsible for their product's performance and the content on their websites. PitBullTax is not affiliated with these Third Party Products or Third Party Sites and has no liability for them.

**7.4**  You agree that PitBullTax, its subsidiaries and assigns may collect and use  technical and related information, including but not limited to technical information about your computer, system

and application software, and peripherals, that is gathered periodically to facilitate the provision of updates, product support and other services to you (if any) related to the Software. PitBullTax may use this information, as long as it is in a form that does not personally identify you, to improve its products or to provide additional or improved services or technologies to you.

7.5  To facilitate Third Party Services, PitBullTax may be required to obtain your explicit consent for disclosure and/or use of the information you have provided to PitBullTax. By accepting these agreements and consents you authorize PitBullTax to use and disclose your contact information, including name and address, for the purpose of making the Services you choose available to you. Your participation in such Third Party Services indicates your acceptance of such terms and conditions for such Third Party Services.

7.6  PitBullTax may be required by law to send you communications about the Services or Third Party Products. You agree that PitBullTax may send these communications to you via email or by posting them on one of our sponsored websites. If you later decide that you do not want to receive future Communications electronically, please review the Privacy Policy statement provided on the Website to assess your communications choices.

7.7  You are responsible for securely managing your password(s) for access to the Services. If you become aware of any unauthorized access to your Services account, theft or loss of your password, you agree to contact PitBullTax as soon as possible.  You are the only person authorized to use your user ID and password and for maintaining the confidentiality of your user ID and password. You shall not permit or allow other persons to have access to or use your user ID and password, except if you choose to provide that information to PitBullTax's authorized technical support personnel to assist you. You are responsible for the use of the Website and Services under your user ID.

7.8  Additionally, the Services may periodically be updated with tools, utilities, improvements, third party applications, or general updates to improve and enhance the features and performance of the Services. You agree to receive these updates automatically as part of the Services.

7.9  PitBullTax may use a variety of methods (e.g., in-product, Internet, e-mail, chat, instant messaging, fax and phone) to provide technical support and customer service in connection with the Services. The terms and conditions governing the offering of this support, which may require the payment of an additional fee, are subject to change as announced by PitBullTax from time to time. Consult the Website [www.PitBullTax.com] for the most up-to-date information relating to this support and any associated charges.

ARTICLE 8
DISCLAIMER OF WARRANTIES

YOUR USE OF THE SERVICES AND CONTENT IS ENTIRELY AT YOUR OWN RISK. EXCEPT AS DESCRIBED IN THIS AGREEMENT, THE SERVICES ARE PROVIDED "AS IS." TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, PITBULLTAX, AND ITS THIRD PARTY SERVICE OR DATA PROVIDERS, LICENSORS, DISTRIBUTORS OR SUPPLIERS (COLLECTIVELY REFERRED TO AS, "SUPPLIERS") DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY THAT THE SERVICES ARE FIT FOR A PARTICULAR PURPOSE, TITLE, MERCHANTABILITY, DATA LOSS, NON-INTERFERENCE WITH OR NON-INFRINGEMENT OF ANY INTELLECTUAL PROPERTY RIGHTS, OR THE ACCURACY, RELIABILITY, QUALITY OR CONTENT IN OR LINKED TO THE SERVICES. PITBULLTAX AND ITS SUPPLIERS DO NOT WARRANT THAT THE SERVICES ARE SECURE, FREE FROM COMPUTER VIRUSES, MALWARE, ADWARE, SPYWARE, TROJAN HORSE, WORMS INTERRUPTION, ERRORS, THEFT DESTRUCTION OR OTHER HARMFUL COMPONENT OR REPRODUCTIVE OR NON-REPRODUCTIVE NATURE.

PITBULLTAX AND ITS SUPPLIERS DISCLAIM ANY REPRESENTATIONS OR WARRANTIES THAT YOUR USE OF THE SERVICES WILL SATISFY OR ENSURE COMPLIANCE WITH ANY LEGAL OBLIGATIONS OR LAWS OR REGULATIONS, THE COMMUNICATIONS DECENCY

Case 0:19-cv-62371-KMW   Document 16-1   Entered on FLSD Docket 12/13/2019   Page 8 of 10

ACT OF 1996, THE DIGITAL MILLENNIUM COPYRIGHT ACT OR OTHER FEDERAL OR STATE STATUTES OR REGULATIONS. YOU ARE SOLELY RESPONSIBLE FOR ENSURING THAT YOUR USE OF THE SERVICES IS IN ACCORDANCE WITH APPLICABLE LAW.

## ARTICLE 9
## LIMITATION OF LIABILITY AND INDEMNITY

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE ENTIRE LIABILITY OF PITBULLTAX, AND ITS SUPPLIERS FOR ALL MATTERS OR CLAIMS RELATING TO THIS AGREEMENT SHALL BE LIMITED TO THE AMOUNT YOU PAID FOR THE SERVICES DURING THE TWELVE (12) MONTHS PRIOR TO SUCH CLAIM. SUBJECT TO APPLICABLE LAW, PITBULLTAX AND ITS SUPPLIERS ARE NOT LIABLE FOR ANY OF THE FOLLOWING:

INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES;

DAMAGES RELATING TO FAILURES OF TELECOMMUNICATIONS, THE INTERNET, ELECTRONIC COMMUNICATIONS, CORRUPTION, SECURITY, LOSS OR THEFT OF DATA, COMPUTER VIRUSES, MALWARE, ADWARE SPYWARE, TROJAN HORSE, WORMS OTHER HARMFUL COMPONENT OF REPRODUCTIVE OR NON-REPRODUCTIVE NATURE, LOSS OF BUSINESS, REVENUE, PROFITS OR INVESTMENT, OR USE OF SOFTWARE OR HARDWARE THAT DOES NOT MEET PITBULLTAX SYSTEMS REQUIREMENTS.

THE ABOVE LIMITATIONS APPLY EVEN IF PITBULLTAX AND ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

YOU AGREE TO INDEMNIFY AND HOLD PITBULLTAX AND ITS SUPPLIERS HARMLESS FROM ANY AND ALL CLAIMS, LIABILITY AND EXPENSES, INCLUDING REASONABLE ATTORNEYS' FEES AND COSTS, ARISING OUT OF YOUR USE OF THE SERVICES OR YOUR BREACH OF THIS AGREEMENT (COLLECTIVELY, "CLAIMS").

PITBULLTAX RESERVES THE RIGHT, IN ITS SOLE DISCRETION AND AT ITS OWN EXPENSE, TO ASSUME THE EXCLUSIVE DEFENSE AND CONTROL OF ANY CLAIMS. YOU AGREE TO REASONABLY COOPERATE AS REQUESTED BY PITBULLTAX IN THE DEFENSE OF ANY CLAIMS.

PITBULLTAX WILL NOT AUDIT OR OTHERWISE VERIFY ANY INFORMATION YOU PROVIDE. PITBULLTAX SHALL NOT BE LIABLE FOR LOSS OF PROFITS OR INVESTMENT, TAX POSITIONS TAKEN BY YOU, YOUR INABILITY TO PREPARE AND FILE DOCUMENTS, DELAY IN PREPARING OR FILING DOCUMENTS, INCORRECT OR INCOMPLETE INFORMATION PROVIDED TO PITBULLTAX, ANY ACCESS TO, OR USE OF, YOUR PASSWORD AND USER ID BY AN UNAUTHORIZED USER.

PITBULLTAX SHALL NOT BE LIABLE FOR ANY DEFAULT OR DELAY IN THE PERFORMANCE OF ITS OBLIGATIONS UNDER THIS AGREEMENT TO THE EXTENT ITS PERFORMANCE IS DELAYED OR PREVENTED DUE TO CAUSES BEYOND ITS REASONABLE CONTROL, SUCH AS ACTS OF GOD, NATURAL DISASTERS, TERRORIST ACTS, WAR OR OTHER HOSTILITIES, LABOR DISPUTES, CIVIL DISTURBANCES, THE ACTIONS OR OMISSIONS OF THIRD PARTIES, ELECTRICAL OR COMMUNICATION SYSTEM FAILURES, OR GOVERNMENTAL ACTION.

## ARTICLE 10
## CHANGES TO THIS AGREEMENT OR THE SERVICES

**10.1**   Although we may attempt to notify you when changes are made to this Agreement, you should periodically review the most up-to-date version posted on the Website. PitBullTax may, in its sole discretion, modify or revise the Agreement  at any time, and you agree to be bound by such modifications or revisions. We may also change or discontinue the Services, in whole or in part, including but not limited to, the Internet based services, pricing, technical support options,

and other product-related policies. Your use of the Website following any such change constitutes your agreement to follow and be bound by the Agreement as modified. We encourage you to review the Agreement each time you use this Website. If you do not accept and abide by this Agreement, you may not use the services on this Website. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## ARTICLE 11
## TERMINATION

**11.1** PitBullTax may immediately and without notice terminate this Agreement or suspend the Services provided to you or block access to the Website if you fail to comply with these terms or if you no longer agree to receive electronic communications. Upon termination you must immediately stop using the Services and any outstanding payments will become due. Any termination of this Agreement shall not affect PitBullTax's rights to any payments due to it. PitBullTax may terminate a free account at any time. Other requirements regarding termination or cancellation of the Services may apply based on the specific ordering terms for the Services provided to you.

## ARTICLE 12
## EXPORT RESTRICTIONS

**12.1** You acknowledge that this website, the Services, and the underlying software may include U.S. technical data subject to restrictions under export control laws and regulations administered by the United States government. You agree that you will comply with these laws and regulations, and will not export or re-export the Services, or any part of the Services, in violation of these laws and regulations, directly or indirectly. You also agree not to provide access to any part of the Services to anyone who you have reason to know may use the Services in the development of nuclear, chemical, or biological weapons.

## ARTICLE 13
## MISCELLANEOUS

**13.1** This Agreement is the entire agreement between you and PitBullTax and replaces all prior understandings, communications and agreements, oral or written, regarding its subject matter. This Agreement may be modified only by a written amendment signed by the parties or as provided in this Agreement. The Agreement sets forth the entire liability of PitBullTax, its affiliates and your exclusive remedy with respect to the Services and its use. If any court of law, having the jurisdiction, rules that any part of this Agreement is invalid, that section will be removed without affecting the remainder of the Agreement. The remaining terms will be valid and enforceable. The United Nations Convention on Contracts for the International Sale of Goods does not apply to this Agreement.

**13.2** This Agreement will be governed by and construed in accordance with the laws of the State of Florida, as applied to agreements entered into and to be performed entirely within Florida between Florida residents.

**13.3** Any translation of this Agreement is done for local requirements and in the event of a dispute between the English and any non-English version, the English version of this Agreement shall govern. The parties hereby confirm that they have requested that this Agreement and all related documents be drafted in English.

**13.4** You cannot assign or transfer ownership of this Agreement to anyone without the prior written approval of PitBullTax except as described herein. However, PitBullTax may assign or transfer it without your consent to (a) a parent company or PitBullTax direct or indirect subsidiary, (b) another company through a sale of assets by PitBullTax or (c) a successor by merger. If a Software update completely replaces a previously licensed version of the Software, you may not use both versions of the Software at the same time.

Case 0:19-cv-62371-KMW Document 16-1 Entered on FLSD Docket 12/13/2019 Page 10 of 10

**13.5** Any assignment in violation of this Section shall be void. If you want to request a transfer of this Agreement or if your company is acquired by or merged into another company, contact PitBullTax via an email to: info@pitbulltax.com.

# ARTICLE 14
# MISCELLANEOUS MATTERS

**14.1** You agree that PitBullTax is not acting as your agent or fiduciary in connection with your use of the Software or any Services. You can contact Negotiation Technologies, LLC by mail at 1319 S Andrews Ave, Fort Lauderdale, Florida 33316 if you have a question or concern about any product or service we sell over the Internet.

Copyright © 2013, PitBullTax. All rights reserved.